JAMES DAL BON 157942
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113
Tel (408)292-1040
Fax (408)292-1045

ATTORNEY FOR THE PLAINTIFFS

United States District Court

for the

Northern District of California

| | |
|---|---|
| JOSIAS MACHADO DE LIMA ) | |
| ) | C07-01716 PJH |
| Plaintiffs, ) | |
| ) | STIPULATED REQUEST FOR ORDRE |
| vs. ) | CHANGING TIME |
| ) | |
| RACHHPAL NANNAR AND BABAK ) | |
| ) | |
| ENTERPRISES INC., RACHHPAL ) | |
| ) | |
| NANNAR dba ROUNDTABLE PIZZA and ) | |
| ) | |
| DOES 1-10 ) | |
| ) | |
| Defendants ) | |

Pursuant to Civil Local Rule 6.2 and Civil Local Rule 7.12 Plaintiff and Defendant hereby request an extension of time for the first CMC for the following reasons:

1) Defendant and Plaintiff have attempted to work a settlement. Defendant will answer the complaint shortly.

2) Defendant and Plaintiff simply request the Case Management Conference be pushed back another thirty days to attempt to settle the case or proceed with litigation.

3) Presently the Case Management Conference is set for July 5, 2007;

STIPULATION                                    1

1   4)   The Plaintiff and Defendant respectfully request the new Case Management
2        Conference be set for August 2, 2007.
3   June 29, 2007

_____

James Dal Bon Attorney for Plaintiff

_____

Michael Heath Attorney for Defendant

---

**ORDER**

**DATE:** 7/2/07

**IT IS SO ORDERED**

_____

**HONORABLE PHYLLIS J HAMILTON**

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

STIPULATION                    2